FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0662

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No.   DA 22-0662

STATE OF MONTANA

      Plaintiff and Appellee,

v.

LLOYD MORTIER BARRUS,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon motion of the Appellant and with no objection from the State of Montana, the Appellant is given an extension of time until September 4, 2024 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2024